**BELLSOUTH ADVERTISING & PUBLISHING CORPORATION, Plaintiff–Counterclaim Defendant–Appellee,**

v.

**DONNELLY INFORMATION PUBLISHING, INC. and the Reuben H. Donnelly Corp., Defendants–Counterclaim Plaintiffs–Appellants,**

**Bellsouth Corporation, et al.,
Counterclaim Defendants.**

No. 89–5131.

United States Court of Appeals,
Eleventh Circuit.

Nov. 4, 1992.

Douglas C. Broeker, Michael J. Cappucio, Fowler, White, Burnett, Hurley, Banick &

---

Strickroot, Miami, Fla., David L. Foster, Theodore Case Whitehouse, Francis J. Menton, Jr., Willkie, Farr & Gallager, Baila H. Celedonia, Roger L. Zissu, Cowan, Liebowitz & Latman, P.C., New York City, for appellants.

Robert E. Richards, Anthony B. Askew, Jones, Askew & Lunsford, Atlanta, Ga., for Bellsouth Advertising.

John K. Roedel, Jr., Senniger, Powers, Leavitt & Roedel, St. Louis, Mo., for amicus ANADP.

Robert E. Marsh, Blackwell, Sanders, Matheny, Weary & Lombardi, Kansas City, Mo., for amicus US West.

Robert Alan Garrett, Arnold & Porter, Washington, D.C., for amicus Bell Atlantic.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, HATCHETT, EDMONDSON, BIRCH, BLACK and CARNES, Circuit Judges.[*]

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.